**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6211**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN MARTIN JACKSON, a/k/a Juiceman,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Bruce H. Hendricks, District Judge.  (4:15-cr-00867-BHH-5)

Submitted:  August 23, 2022                                Decided:  August 26, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Justin Martin Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Martin Jackson appeals the district court's order denying his motion to compel the Government to pursue a sentence reduction on his behalf.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*